IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILEMON RENDON AND MARIA
RENDON, PARENTS AND NEXT
FRIENDS OF ADRIANNA RENDON,
A MINOR; AND MARIA RENDON,
INDIVIDUALLY                                                                          PLAINTIFFS

V.                                       NO. 4:13cv354 BRW

STEPHEN K. PERRONE AND
STEVENS TRANSPORT, INC.                                                    DEFENDANTS

## JOINT STIPULATION OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)

Pursuant to Fed. R. Civ. P. 41(a)((1)(ii), it is hereby stipulated and agreed, by and among the parties through their undersigned counsel, that the above-styled cause of action has been resolved, and therefore request the Complaint and all claims in this action against Defendants be dismissed with prejudice.

The parties stipulate that this Court retains jurisdiction for 30 days to vacate any Order of Dismissal that may be entered and to reopen the action if it is satisfactorily shown that resolution has not been completed and further litigation is necessary.

Respectfully Submitted Jointly By,

| | |
|---|---|
| */s/ Bruce Munson* | */s/ Hugh R. Laws* |
| BRUCE MUNSON, BAR NO. 78118 | HUGH R. LAWS, BAR NO. 88129 |
| Attorney for Stevens Transport, Inc. | Attorney for Plaintiffs |
| MUNSON, ROWLETT, MOORE & BOONE, P.A. | LAWS LAW FIRM, P.A. |
| 400 West Capitol Avenue, Suite 1900 | Post Office Box 3000 |
| Little Rock, AR 72201 | Russellville, AR 72811 |
| 501/374-6535 | 479/968-1168 |
| bruce.munson@mrmblaw.com | hlaws@lawslawfirm.com |